UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

Honorable Michael J. Seng
United States Magistrate Judge
Yosemite, California

                        RE: Kevin Eugene Vasquez
                              Docket Number: 0972 6:05-00063M-001
                              **REQUEST TO VACATE PETITION**
                              **AND RECALL WARRANT**

Your Honor:

On January 7, 2008, a Prob 12C Petition was filed with the Court alleging the offender committed a New Law Violation by violating a Domestic Relations Court Order, failing to submit a complete written report within the first five days of each month, and failing to serve 24 days in custody of the Bureau of Prisons. A no-bail warrant was issued.

Based on the age of the violations, available resources, and the lack of any new criminal activity by the offender, the United States Attorney's Office does not support moving forward with the prosecution of this matter. Therefore, it is respectfully requested that the Prob 12C Petition for Warrant filed on January 7, 2008, be vacated, the warrant be recalled, and supervision in this case be terminated.

Respectfully submitted,

/s/ Jack C. Roberson

**Jack C. Roberson**
**Supervising United States Probation Officer**

Dated:    October 15, 2013
              Modesto, California
              JCR/lr

RE:     Kevin Eugene Vasquez
         Docket Number:   0972 6:05-00063M-001
         <u>**REQUEST TO VACATE PETITION AND RECALL WARRANT**</u>

**REVIEWED BY:**     /s/ Terry E. Sherbondy
                            **Terry E. Sherbondy**
                            **Deputy Chief United States Probation Officer**

## ORDER OF THE COURT

☒ Vacate Prob 12C Petition filed on January 7, 2008, recall the warrant, and terminate supervision.

☐ Other:

_____10/15/13_____           _____
**Date**                                     **Honorable Michael J. Seng**
                                       **United States Magistrate Judge**

cc:     Ian Whitney
        Special Assistant United States Attorney

        Carrie Leonetti
        Defense Counsel

        United States Marshals Service
        Warrant Division

REV. 05/2013
MEMO_COURT W ORDER.DOTX